UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| ARTIST PUBLISHING GROUP, LLC et al., | : | |
| Plaintiffs, | : | <u>ORDER</u> |
| -v.- | : | 24 Civ 5453 (VSB)(GWG) |
| ATLANTA HAWKS, L.P. et al., | : | |
| Defendants. | : | |

------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The time of the conference on November 20, 2024, is changed to 11:00 a.m. The same dial-in instructions apply as stated in Docket # 24. The attorneys shall confirm with each other that each is aware of this change in time.

    SO ORDERED.

Dated: November 13, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge