

2121 N. Pearl Street, Suite 700
Dallas, TX 75201 U.S.A.
(214) 258-4200
Fax: (214) 258-4199

www.btlaw.com

Anna Kalinina
Partner
(214) 258-4168
Anna.Kalinina@btlaw.com

MEMORANDUM ENDORSED

November 27, 2024

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    *Artist Publishing Group, LLC, et al., v. Atlanta Hawks, L.P., et al.*,
              **Case No. 24-CV-5453 (VSB)**

Dear Judge Gorenstein:

    Pursuant to this Court's November 15, 2024 Order [Dkt. No. 27], the parties hereby advise the Court that their settlement negotiations remain ongoing. The parties have exchanged redline drafts of a settlement agreement and are working diligently to finalize the terms.

Respectfully submitted,

*/s/ Anna Kalinina*

Anna Kalinina
*Counsel for Defendant Atlanta Hawks, L.P.*

The letters required by Docket # 22 shall be filed by January 10, 2025.

So Ordered.

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 3, 2024

Atlanta  Boston  California  Chicago  Delaware  Indiana  Michigan  Minneapolis  Nashville  New Jersey
New York  Ohio  Philadelphia  Raleigh  Salt Lake City  South Florida  Texas  Washington, D.C.