## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC d/b/a APG, a Delaware Limited Liability Company; FIRST-N-GOLD PUBLISHING, INC., a Florida Corporation; KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a KMPA, a Delaware Corporation; NOTTING HILL MUSIC, INC., a New York Corporation; and PRESCRIPTION SONGS, LLC, a California Limited Liability Company, | Case No: 1:24-cv-05453-VSB **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs,

v.

ATLANTA HAWKS, L.P. d/b/a ATLANTA HAWKS, a Georgia Limited Partnership; and DOES 1-10, inclusive,

Defendants.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Artist Publishing Group, LLC d/b/a APG; First-N-Gold Publishing, Inc.; Kobalt Music Publishing America, Inc. d/b/a KMPA; Notting Hill Music, Inc.; and Prescription Songs, LLC (collectively, "Plaintiffs") and Defendant Atlanta Hawks, L.P. d/b/a Atlanta Hawks ("Defendant") hereby notify the Court that all claims between them have been resolved. As such, the parties jointly stipulate to the dismissal with prejudice of all claims in this matter.

Each party shall bear its own costs, expenses, and attorneys' fees incurred in this matter, and each party knowingly and voluntarily waives any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorneys' fees or other expenses associated with the matters settled by this Joint Stipulation of Dismissal.

STIPULATED AND AGREED TO this 26th day of February 2025.

1

Frank R. Trechsel
Douglas L. Johnson
**Johnson & Johnson LLP**
439 N. Canon Dr., Suite 200
Beverly Hills, California 90210
Tel.: (310) 975-1080
Fax: (310) 975-1095
FTrechsel@jjllplaw.com
djohnson@jjllplaw.com

Anthony R. Motta
**Anthony Motta, Esq.**
211 East 43rd Street, 7th Floor
New York, New York 10017
Tel.: (914) 589-5356
Amotta@anthonymotta.com

*Attorneys for Plaintiffs*

David S. Slovick
**Barnes & Thornburg LLP**
390 Madison Avenue, 12th Floor
New York, New York 10017
Tel: (646) 746-2000
Fax: (646) 746-2001
David.Slovick@btlaw.com

Anna Kalinina
**Barnes & Thornburg LLP**
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Tel.: (214) 258-4200
Fax: (214) 258-4199
Anna.kalinina@btlaw.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____ 2025.

_____
Hon. Vernon S. Broderick
United States District Judge

2